DLM

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)* 04-10180 | |
| | | DOCKET NUMBER *(Rec. Court)* FILED CR-056-01T | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Elliot Feiner, 320 Wesmorland Street, Unit B-3, Narragansett, RI 02882 | DISTRICT: DISTRICT OF MASSACHUSETTS | DIVISION: Criminal, D/MA, Boston | |
| | NAME OF SENTENCING JUDGE: The Honorable Rya W. Zobel | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 8/25/06 | TO 8/24/09 |

IN CLERKS OFFICE
2007 APR 16 P 1:09
U.S. DISTRICT COURT
DISTRICT OF MASS.

OFFENSE

Wire Fraud, 18 USC §1341

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "DISTRICT OF MASSACHUSETTS"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 5, 2007
*Date*

Rya W. Zobel
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Rhode Island

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 11, 2007
*Effective Date*

Mary M. Lisi
*United States District Judge*

I HEREBY ATTEST AND CERTIFY ON 4/17/07 THAT THE FOREGOING DOCUMENT IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
CLERK, U.S. DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BY: ______