CLOSED

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:04-cr-10180-RWZ-ALL

4/17/07

Case title: USA v. Feiner

Date Filed: 06/18/2004

---

Assigned to: Judge Rya W. Zobel

**Defendant**

**Elliot J. Feiner** (1)
*TERMINATED: 05/24/2005*

represented by **Beryl W. Cohen**
Room 900
11 Beacon Street
Boston, MA 02108
617-742-3322
Fax: 617-720-5652
Email: berylwcohen@verizon.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1341-MAIL FRAUDS (1-7) | The defendant was sentenced to 15 months BOP; 3 years SR; the first 6 months in home confinement; Standard conditions; special conditions; no guns; no new credit; info to the PO; may be shared with AUSA; fulltime employment; mental health; meet with the IRS; SA $300.00; Surrender to FMC Devens on 7/11/05; restitution in the amounts provided to by AUSA; |
| 18:1341 Mail Fraud (1s) | The defendant was sentenced to 15 months BOP; 3 years SR; the first 6 months in home confinement; Standard conditions; special conditions; no guns; no new credit; info to the PO; may be shared with AUSA; fulltime employment; mental health; meet with the IRS; SA $300.00; Surrender to FMC Devens on 7/11/05; restitution in the amounts provided to by AUSA; |

| | |
|---|---|
| 18:1341 Mail Fraud (16s) | The defendant was sentenced to 15 months BOP; 3 years SR; the first 6 months in home confinement; Standard conditions; special conditions; no guns; no new credit; info to the PO; may be shared with AUSA; fulltime employment; mental health; meet with the IRS; SA $300.00; Surrender to FMC Devens on 7/11/05; restitution in the amounts provided to by AUSA; |
| 18:1341 Mail Fraud (19s) | The defendant was sentenced to 15 months BOP; 3 years SR; the first 6 months in home confinement; Standard conditions; special conditions; no guns; no new credit; info to the PO; may be shared with AUSA; fulltime employment; mental health; meet with the IRS; SA $300.00; Surrender to FMC Devens on 7/11/05; restitution in the amounts provided to by AUSA; |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:1341 Mail Fraud (2s-15s) | The defendant was sentenced to 15 months BOP; 3 years SR; the first 6 months in home confinement; Standard conditions; special conditions; no guns; no new credit; info to the PO; may be shared with AUSA; fulltime employment; mental health; meet with the IRS; SA $300.00; Surrender to FMC Devens on 7/11/05; restitution in the amounts provided to by AUSA; |
| 18:1341 Mail Fraud (17s-18s) | |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA** represented by **Lori J. Holik**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3161
Fax: 617-748-3960
Email: lori.holik@justice.usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/17/2004 | 1 | INDICTMENT as to Elliot J. Feiner (1) count(s) 1-7. (Diskes, Sheila) (Entered: 06/18/2004) |
| 06/17/2004 | 2 | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: Pretrial as to Elliot J. Feiner (Diskes, Sheila) (Entered: 06/18/2004) |
| 06/22/2004 | 3 | Summons Issued as to Elliot J. Feiner. Initial Appearance set for 6/30/2004 12:00 PM in Courtroom 14 before Magistrate Judge Robert B. Collings. Mr. Feiner must report to pretrial services on 6/30/04 at 9:00 a.m.(Affsa, Gina) (Entered: 06/22/2004) |
| 06/30/2004 | | NOTICE OF ATTORNEY APPEARANCE: Beryl W. Cohen appearing for Elliot J. Feiner (Affsa, Gina) (Entered: 06/30/2004) |
| 06/30/2004 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Initial Appearance and Arraignment as to Elliot J. Feiner (1) Count 1-7 held on 6/30/2004. Defendant appears on a summons issued by this court. The defendant appears with Mr. Cohen, who is his chosen retained counsel. The defendant is advised of the charges, his rights and the maximum penalties. The defendant pleads not guilty to all counts upon arraignment. The gov't agrees with the recommendations of conditions of release by pretrail services. The court sets conditions of release and releases defendant on his personal recognizance. The court sets an initial status conference on August 11, 2004 at 10:15 a.m. (Digital Recording.) (Affsa, Gina) (Entered: 06/30/2004) |
| 06/30/2004 | 4 | Judge Robert B. Collings : MEMORANDUM AND ORDER entered following arraignment as to Elliot J. Feiner (Affsa, Gina) (Entered: 06/30/2004) |

| | | |
|---|---|---|
| 06/30/2004 | 5 | Judge Robert B. Collings : ORDER Setting Conditions of Release (Affsa, Gina) (Entered: 07/01/2004) |
| 07/23/2004 | 6 | NOTICE re automatic disclosure as to Elliot J. Feiner (Johnson, Jay) (Entered: 08/09/2004) |
| 08/11/2004 | | Electronic Clerk's Notes for proceedings held before Judge Robert B. Collings :Status Conference as to Elliot J. Feiner held on 8/11/2004; AUSA Holik and Attorney Cohen report current case status; discovery is ongoing and Attorney Cohen seeks additonal time to review discovery material; Next status is set for 11/18/04 @ 11:30am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 08/11/2004) |
| 08/11/2004 | 7 | Judge Robert B. Collings : REPORT After Initial Status Conference as to Elliot J. Feiner. Further Initial Status Conference set for 11/18/2004 11:30 AM in Courtroom 14 before Robert B. Collings. (Dolan, Kathleen) (Entered: 08/12/2004) |
| 11/05/2004 | 9 | Letter (non-motion) regarding request for discovery and inspection as to Elliot J. Feiner (Johnson, Jay) (Entered: 11/19/2004) |
| 11/16/2004 | 8 | NOTICE re automatic disclosure as to Elliot J. Feiner *( Government's Response to November 5, 2004 Discovery Request)* (Holik, Lori) (Entered: 11/16/2004) |
| 11/18/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Further Initial Status Conference as to Elliot J. Feiner held on 11/18/2004. Ms. Holik for Gov't, Mr. Cohen for Mr. Feiner. Parties don't expect experts. Final Status Conf. set down for December 21, 2004 @ 11:00 AM. (Digital Recording) (Russo, Noreen) (Entered: 11/18/2004) |
| 11/18/2004 | 10 | Letter (non-motion) from Beryl W. Cohen regarding request for reciprocal discovery as to Elliot J. Feiner (Johnson, Jay) (Entered: 11/19/2004) |
| 11/22/2004 | 12 | Magistrate Judge Robert B. Collings : ORDER entered ORDER FOR FINAL STATUS CONFERENCE (L.R. 116.5(c)) as to Elliot J. Feiner. (Russo, Noreen) (Entered: 11/24/2004) |
| 11/23/2004 | 11 | NOTICE re automatic disclosure as to Elliot J. Feiner *(Second letter response)* (Holik, Lori) (Entered: 11/23/2004) |
| 11/24/2004 | 13 | Magistrate Judge Robert B. Collings : ORDER entered REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5 (A) as to Elliot J. Feiner. (Russo, Noreen) (Entered: 11/29/2004) |
| 11/24/2004 | 14 | Judge Robert B. Collings : ORDER entered ORDER ON EXCLUDABLE DELAY as to Elliot J. Feiner Time excluded from 6/17/2004 until 6/17/2004. Time excluded from 6/30/2004 until 6/30/2004. Time excluded from 7/1/2004 until 7/28/2004. Time excluded from 8/11/2004 until 8/11/2004. Time excluded from 8/12/2004 until 11/17/2004. Time excluded from 11/18/2004 until 11/18/2004. Time excluded from |

| | | |
|---|---|---|
| | | 11/19/2004 untill 12/20/2004. Thus as of December 20, 2004, THIRTEEN (13) Non-excludable days will have occured leaving FIFTY-SEVEN (57) days left to commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 11/29/2004) |
| 12/16/2004 | 15 | JOINT MEMORANDUM of the parties re initial status conference by Elliot J. Feiner *(Final Status Conference)* (Holik, Lori) (Entered: 12/16/2004) |
| 12/16/2004 | 16 | SUPERSEDING INDICTMENT as to Elliot J. Feiner (1) count(s) 1s-19s. (Gawlik, Cathy) (Entered: 12/17/2004) |
| 12/16/2004 | 17 | Judge Rya W. Zobel : ORDER entered ORDER REFERRING CASE to Magistrate Judge Robert B. Collings Reason for referral: Pretrial proceedings re: Superseding Indictment as to Elliot J. Feiner (Gawlik, Cathy) (Entered: 12/17/2004) |
| 12/17/2004 | | Electronic NOTICE OF HEARING as to Elliot J. Feiner Arraignment set for 12/21/2004 @ 11:00 AM in Courtroom 14 before Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 12/17/2004) |
| 12/21/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Arraignment on Superceeding Indictment as to Elliot J. Feiner (1) Count 1s-19s held on 12/21/2004. L. Holik for Gov't, B. Cohen for Def't. Def't pleads not guilty to call counts. Final Status Conf. also held. (Digital Recording) (Russo, Noreen) (Entered: 12/21/2004) |
| 12/21/2004 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Robert B. Collings :Final Status Conference as to Elliot J. Feiner held on 12/21/2004. L. Hoik for Gov't, B. Cohen for Def't. Arraignment on Superceeding Indictment held at same time. After review of joint memorandum court to forward case to District Court Judge. (Digital Recording.) (Russo, Noreen) (Entered: 12/21/2004) |
| 12/21/2004 | 18 | Magistrate Judge Robert B. Collings : ORDER entered ORDER ON EXCLUDABLE DELAY as to Elliot J. Feiner. Time excluded from 12/21/2004 until 12/21/2004. Thus, as of December 21, 2004, THIRTEEN (13) non-excludable days have occured leaving FIFTY-SEVEN (57) days left to commence trial so as to be within the seventy-day period for trial set by statute. (Russo, Noreen) (Entered: 12/21/2004) |
| 12/21/2004 | 19 | Magistrate Judge Robert B. Collings : ORDER entered ORDER AND RECOMMENDATION AFTER FINAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(C) as to Elliot J. Feiner. (Russo, Noreen) (Entered: 12/21/2004) |
| 12/21/2004 | | Case as to Elliot J. Feiner no longer referred to Magistrate Judge Robert B. Collings. (Russo, Noreen) (Entered: 12/21/2004) |
| 12/29/2004 | | NOTICE OF HEARING as to Elliot J. Feiner Pretrial Conference set for 1/12/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 12/29/2004) |

| | | |
|---|---|---|
| 01/12/2005 | | electronicClerk's Notes for proceedings held before Judge Rya W. Zobel :Pretrial Conference as to Elliot J. Feiner held on 1/12/2005 Jury Trial set for 3/7/2005 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. Alternate date of 5/23/05; (Urso, Lisa) (Entered: 01/13/2005) |
| 01/13/2005 | 20 | First MOTION to Exclude as to Elliot J. Feinerby USA. (Holik, Lori) (Entered: 01/13/2005) |
| 01/14/2005 | | Judge Rya W. Zobel : ElectronicORDER entered granting 20 Motion to Exclude as to Elliot J. Feiner 1/12/05 to 3/7/05 (1) (Johnson, Jay) (Entered: 01/14/2005) |
| 02/16/2005 | | NOTICE OF HEARING as to Elliot J. Feiner Change of Plea Hearing set for 3/7/2005 09:00 AM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 02/16/2005) |
| 03/07/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Change of Plea Hearing as to Elliot J. Feiner held on 3/7/2005, Plea entered by Elliot J. Feiner (1) Guilty Count 1s,16s,19s. Sentencing set for 5/17/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 03/07/2005) |
| 03/07/2005 | 21 | Judge Rya W. Zobel : ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Elliot J. Feiner Sentencing set for 5/17/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) Modified on 3/8/2005 (Johnson, Jay). (Entered: 03/07/2005) |
| 03/07/2005 | 22 | PLEA AGREEMENT as to Elliot J. Feiner (Urso, Lisa) (Entered: 03/17/2005) |
| 03/23/2005 | 23 | Judge Rya W. Zobel : OrderORDER entered. AMENDED PROCEDURAL ORDER re sentencing hearing as to Elliot J. Feiner Sentencing set for 5/17/2005 02:30 PM in Courtroom 12 before Judge Rya W. Zobel. (Urso, Lisa) (Entered: 03/23/2005) |
| 04/25/2005 | 24 | MOTION for Forfeiture of Property as to Elliot J. Feinerby USA. (Attachments: # 1 Text of Proposed Order Preliminary Order of Forfeiture)(Barclay, Kristina) (Entered: 04/25/2005) |
| 04/27/2005 | 25 | Judge Rya W. Zobel : Preliminary Order of Forfeiture enteredORDER entered. as to Elliot J. Feiner. (Urso, Lisa) (Entered: 04/29/2005) |
| 05/12/2005 | 26 | MOTION for Downward Departure as to Elliot J. Feiner. (Johnson, Jay) (Entered: 05/13/2005) |
| 05/17/2005 | 27 | SENTENCING MEMORANDUM by USA as to Elliot J. Feiner (Holik, Lori) (Entered: 05/17/2005) |
| 05/17/2005 | | Electronic Clerk's Notes for proceedings held before Judge Rya W. Zobel :Sentencing held on 5/17/2005 for Elliot J. Feiner (1), Count(s) 1-7, 16s, 17s-18s, 19s, 1s, 2s-15s, The defendant was sentenced to 15 months BOP; 3 years SR; the first 6 months in home confinement; Standard conditions; special conditions; no guns; no new credit; info to the PO; may be shared |

| | | |
|---|---|---|
| | | with AUSA; fulltime employment; mental health; meet with the IRS; SA $300.00; Surrender to FMC Devens on 7/11/05; restitution in the amounts provided to by AUSA;. (Court Reporter Catherine Handel.) (Urso, Lisa) (Entered: 05/17/2005) |
| 05/24/2005 | 28 | MOTION to Dismiss *Counts Two through Fifteen, Seventeen, Eighteen of Superseding Indictment* as to Elliot J. Feinerby USA. (Holik, Lori) (Entered: 05/24/2005) |
| 05/24/2005 | 29 | Judge Rya W. Zobel : JudgmentORDER entered. JUDGMENT as to Elliot J. Feiner (1), Count(s) 1s 16s & 19s, The defendant was sentenced to 15 months BOP; 3 years SR; the first 6 months in home confinement; Standard conditions; special conditions; no guns; no new credit; info to the PO; may be shared with AUSA; fulltime employment; mental health; meet with the IRS; SA $300.00; Surrender to FMC Devens on 7/11/05; restitution in the amounts provided to by AUSA; (Urso, Lisa) Additional attachment(s) added on 6/20/2005 (Urso, Lisa). (Entered: 05/25/2005) |
| 05/24/2005 | 30 | Judge Rya W. Zobel : OrderORDER entered. STATEMENT OF REASONS as to Elliot J. Feiner (Urso, Lisa) (Entered: 05/25/2005) |
| 05/27/2005 | 31 | MOTION to Correct 29 Judgment, as to Elliot J. Feinerby USA. (Barclay, Kristina) (Entered: 05/27/2005) |
| 05/31/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 28 Motion to Dismiss counts 2s-15s and 17s and 18s as to Elliot J. Feiner (1) (Urso, Lisa) (Entered: 06/02/2005) |
| 06/01/2005 | | Judge Rya W. Zobel : endorsedORDER entered granting 31 Motion to Correct as to Elliot J. Feiner (1) (Urso, Lisa) (Entered: 06/02/2005) |
| 06/01/2005 | 32 | Judge Rya W. Zobel : OrderORDER entered. AMENDED JUDGMENT as to Elliot J. Feiner (1), Count(s) 1-7, 16s, 19s, 1s, 2s-15s, The defendant was sentenced to 15 months BOP; 3 years SR; the first 6 months in home confinement; Standard conditions; special conditions; no guns; no new credit; info to the PO; may be shared with AUSA; fulltime employment; mental health; meet with the IRS; SA $300.00; Surrender to FMC Devens on 7/11/05; restitution in the amounts provided to by AUSA;ORDER OF FORFEITURE INCLUDED. (Urso, Lisa) Additional attachment(s) added on 6/9/2005 (Urso, Lisa). (Entered: 06/06/2005) |
| 06/24/2005 | 33 | MOTION for Forfeiture of Property *Final Order of Forfeiture* as to Elliot J. Feinerby USA. (Attachments: # 1 Text of Proposed Order Final Order of Forfeiture)(Barclay, Kristina) (Entered: 06/24/2005) |
| 06/27/2005 | 34 | Judge Rya W. Zobel : OrderORDER entered granting 33 Motion for Forfeiture of Property as to Elliot J. Feiner (1) (Urso, Lisa) (Entered: 06/29/2005) |
| 07/08/2005 | 35 | Judge Rya W. Zobel : EndorsedORDER entered. as to Elliot J. Feiner re 32 Amended Judgment, the voluntary surrender of Defendant has been extended to Monday, July, 25, 2005. (Edge, Eugenia) (Entered: |

| | | |
|---|---|---|
| | | 07/08/2005) |
| 08/10/2006 | 36 | MOTION to Amend conditions of release as to Elliot J. Feiner. (Attachments: # 1 Exhibit judgment)(Urso, Lisa) (Entered: 08/10/2006) |
| 08/11/2006 | 37 | Opposition by USA as to Elliot J. Feiner re 36 MOTION to Amend (Holik, Lori) (Entered: 08/11/2006) |
| 08/21/2006 | | Judge Rya W. Zobel : endorsedORDER entered denying 36 Motion to Amend as to Elliot J. Feiner (1) (Urso, Lisa) (Entered: 08/21/2006) |
| 09/25/2006 | 38 | MOTION to Amend *Conditions of Supervised Release* as to Elliot J. Feiner. (Cohen, Beryl) (Entered: 09/25/2006) |
| 09/26/2006 | | Notice of correction to docket made by Court staff. Correction: #38 Motion to Amend corrected because: UNSIGNED DOCUMENT as to Elliot J. Feiner. E-mail sent describing the fix. (Johnson, Jay) (Entered: 09/26/2006) |
| 10/02/2006 | 39 | Opposition by USA as to Elliot J. Feiner re 38 MOTION to Amend *Conditions of Supervised Release* (Holik, Lori) (Entered: 10/02/2006) |
| 10/17/2006 | | Judge Rya W. Zobel : endorsedORDER entered denying 38 Motion to Amend as to Elliot J. Feiner (1) (Urso, Lisa) (Entered: 10/17/2006) |
| 12/18/2006 | 40 | MOTION to Amend *Conditions of Supervised Release* as to Elliot J. Feiner. (Attachments: # 1 Exhibit # 2 Exhibit)(Cohen, Beryl) (Entered: 12/18/2006) |
| 04/16/2007 | 41 | Probation Jurisdiction Transferred to USDC RI as to Elliot J. Feiner Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Johnson, Jay) (Entered: 04/17/2007) |